**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF: OPENING A PRIVATE ROAD FOR THE BENEFIT OF TIMOTHY P. O'REILLY OVER LANDS OF (A) HICKORY ON THE GREEN HOMEOWNERS ASSOCIATION, AND (B) MARY LOU SORBARA; GREGORY E. BURGUNDER; ANN E. CAIN; DON E. COTTRILL & NORMA J. COTTRILL, H/W; JOSEPH K. CUPPLES; BART V. DELCIMMUTO; JAMES D. DRAGOO & LINDA J. DRAGOO, H/W; KIMBERLY M. FONZI; BRIAN J. GALLAGHER & DIANE J. GALLAGHER, H/W; DOLORES M. GEMBAROSKY; MICHAEL J. GRALISH, JR. & VIRGINIA A. GRALISH, H/W; JAMES BATTISTA; JEFFERY W. HUTCHENS; MICHAEL STEINBERG; GEORGE E. WILMOT & LINDA M. WILMOT, H/W; HARRY J. LEE, JR.; JOHN G. BYRNE; S. GREG MALONE; JOSEPH V. MAZUR & KELLY L. POOLE; THOMAS C. SCHAAL & PATTY G. SCHAAL, H/W; REGIS G. NIEDERBERGER & KATHLEEN C. NIEDERBERGER, H/W; GORDON J. ORR; ANNE M. PAUL; THOMAS G. PORTER & MELINDA D. PORTER, H/W; JOSEPH ALAN SHRAGER; ERIC H. RITTENHOUSE & DANIELLE L. RITTENHOUSE, H/W; LISA A. CUSICK; JEROME SCHMIER & CAROL FALO, H/W; NANCY J. HUFF; MARCUS A. SPATAFORE & KRISTIN C. SPATAFORE, H/W; WILLIAM E. SPRECHER & MARCELLENE SPRECHER, H/W, AND FRANK J. SPRECHER & AGNES E. SPRECHER, H/W, LIFE ESTATE; ROXANNE M. SQUILLANTE; SUSAN C. STANKO; SHANAN R. STEWART; GERALD W. DANHIRES & LINDA DANHIRES, H/W; GREGORY TAYLOR; GIANNA M.

: No. 444 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

YECKLEY; DENNIS M. ZAMERSKI & :
NOREEN ZAMERSKI, H/W; BETTY B. :
WILLIAMS & LEON I. WILLIAMS :
(CO-TRUSTEES); MICHELINE STABILE; :
WILLIAM F. PITZER; JANET ZEWE; :
FRANKI R. COLANGELO; KAREN R. :
BILLINGHAM; ROMAN M. :
HLUTKOWSKI; VIRGINIA L. KNAUS, :
TRUSTEE UNDER QUALIFIED :
PERSONAL RESIDENCE TRUST :
AGREEMENT, DATED JULY 27, 2000; :
JOAN L. MASSELLA; DONNA DURKAN; :
GERALDINE R. ALTENHOF; APRAJITA :
RATHORE & RAVI RAMAMOORTHY, :
H/W; JAMES E. SPENCE & KATHY F. :
SPENCE, H/W; TRACY WEST MALONE; :
JENNIFER A. CALLERY; THE JUDITH F. :
KOBLITZ TRUST; ADRIANNA F. VIOLA; :
DOROTHY D. WAGNER; SPITZIG :
LIVING TRUST AND WILLIAM A. :
SPITZIG AND MARILYN J. SPITZIG :
(TRUSTEES); SANDRA JEAN HANSON; :
THOMAS C. SKENA; ZARAF MOSHIN; :
PAUL W. AMIC & CAROLE L. AMIC, :
H/W; MARGARET M. SHOWALTER; :
JAMES P. FLANNERY & PATRICIA C. :
FLANNERY, H/W; DEBORAH A. GERTZ; :
CAROL L. SCHARTNER; JOHN A. :
UDISCHAS & SUSAN C. UDISCHAS, :
H/W; DONNA M. BARTKO; KYLI J. :
MARTIN; FREDERICK RAPONE SR. & :
ROBERTA RAPONE, H/W; AMY R. :
SOLOMON; RICHARD M. BUCK & :
BARBARA L. BUCK, H/W; ARLENE :
LIPTON; WILLIAM G. EILER; :
CATHERINE M. SMITH; DAVID J. :
CARROLL; MILDRED K. FINCKE; :
MARGARET M. CORNELLIUS; JOSEPH :
A. TESTA & MARGARET J. TESTA, H/W; :
CANDACE L. SALVINI; A. WHITNEY :
LOBDELL & ROBERTA S. LOBDELL, :
H/W; RONALD G. BAUER & TERESA L. :
BAUER, H/W; ANNA MARIE CIMAROLLI; :
JOR R. PALMER & ANN D. PALMER, :
H/W; RITA V. FRIZLEN; JOSEPH J. :
ASTORINO & MARILYN J. ASTORINO, :

H/W; THOMAS S. PHILLIPS; JOHN A. :
GERCHER; NAOMI H. PATTON; :
STANLEY A. HACK & CHRISTINE E. :
HACK, H/W; MELISSA J. SCHILLER & :
MELANIE M. SCHILLER; JOHN :
SCHLATER & PAULETTE SCHLATER :
H/W; WILLIAM J. GARRITY, SR. & :
PATRICIA ANN GARRITY, H/W; ARCHIE :
L. MCINTYRE; CLARENCE JOSEPH :
WELTER & MARA WELTER, H/W; :
LISBETH A. DINEEN; CHARLES W. :
FETROW & MARGARET A. FETROW, :
H/W; JOCELYN BREAKWELL, MARK A. :
PETROZZA & DOROTHY M. :
PETROZZA, H/W; JAMIE A. BRACE, AS :
THEIR INTEREST MAY APPEAR :
:
:
PETITION OF:  TIMOTHY P. O'REILLY :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.